UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALON PROFESSIONAL SERVICES, LLC,

                              Plaintiff,

-v-

CENTERLIGHT HEALTH SYSTEM INC., et al.

                              Defendants.

20 Civ. 78 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On April 17, 2020, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 23. Although plaintiff has already amended its complaint in response to an order of the Court to allege the citizenship of all members of the LLC parties, *see* Dkt. 10 (order), Dkt. 15 (First Amended Complaint), under Rule 15, the Court is to "freely give leave" to further amend a complaint "when justice so requires."

        Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint in response to the motion to dismiss by May 8, 2020. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by May 29, 2020, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

        It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by May 8, 2020. Defendants' reply, if any, shall be served by May 15, 2020. At the time any reply is served, the moving party shall supply the Court with

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

an electronic courtesy copy of all motion papers, as PDF files, by emailing them to:

engelmayernysdchambers@nysd.uscourts.gov

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 23, 2020
　　　　New York, New York