UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TALON PROFESSIONAL SERVICES, LLC,

                              Plaintiff,                    20 Civ. 78 (PAE)

            -v-

                                                            ORDER

CENTERLIGHT HEALTH SYSTEM INC.,
SQUILLION SYSTEMS LLC, OKAYA INC.,
JOHN DOES 1–10, AND ABC CORPS. A–J

                              Defendants.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       On May 7, 2020, Akshay Gupta entered a notice of *pro se* appearance on behalf of defendant Okaya Inc., Dkt. 36, and moved to dismiss the complaint, Dkt. 37. "[A] layperson," however, "may not represent a separate legal entity such as a corporation." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). Defendant Okaya Inc. therefore cannot defend this lawsuit unless it is represented by counsel. The Court, accordingly, will give Okaya Inc. four weeks, until June 5, 2020, to retain an attorney and for that attorney to formally appear on its behalf. Upon the appearance of new counsel, the Court will set a schedule for plaintiff's opposition to Okaya's motion to dismiss. The Court will hold the motion in abeyance until that time.

       In the event that Okaya Inc. remains unrepresented after June 5, 2020, the Court will be compelled to entertain a motion by plaintiff's counsel for entry of a default judgment as to Okaya on account of its failure to defend this lawsuit.

SO ORDERED.

                                              _____
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: May 8, 2020
           New York, New York