

CORPORATE | LITIGATION | TAX | IMMIGRATION

1384 BROADWAY, STE. 1602, NEW YORK, NY 10018 | TEL 212.629.8899 | FAX 212.629.8937 | WWW.CHUGH.COM

Prema Roddam
Attorney ID#: 5314000

June 8, 2020

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
Room 2201
New York, New York 10007

Re:    *Talon Professional Services, LLC v. CenterLight Health System, Inc. et al*
       Case No. 20-CV-00078 (PAE)

Dear Judge Engelmayer:

This firm represent Defendant Okaya, Inc. ("Okaya") in the referenced matter. We were retained by Okaya on June 4, 2020.

Pursuant to the Court's June 8, 2020 Order, Okaya is provided time till June 12, 2020 to respond to Plaintiff's Talon Professional Services, LLC ("Talon" or "Plaintiff") Second Amended Complaint which was filed on May 22, 2020.

Upon obtaining the consent of Plaintiff's counsel, Okaya, respectfully requests permission to withdraw the Motion to Dismiss, previously filed by my client, pro se, on May 7, 2020 and have the option to refile it in response to the Second Amended Complaint filed by the Plaintiff. Since we were just retained by Okaya, we also request that the time to respond to Plaintiff's Second Amended Complaint be extended two weeks so that Okaya's response shall now be due on or before June 22, 2020. There have not been any prior adjournment requests concerning Defendant Okaya's motion.

I thank Your Honor for Your consideration of the above request.

Respectfully submitted,
**Chugh, LLP**

/s/Prema Roddam
Prema Roddam, Esq.
1384 Broadway, Suite 1602
New York, NY 10018
Tel: (732)-662-7808

The consented-to motion of defendant Okaya, Inc. for an extension of time to file a motion to dismiss plaintiff's Second Amended Complaint is granted. Okaya's motion is due on or before June 22, 2020.  SO ORDERED.

*Paul A. Engelmayer*   6/8/2020
PAUL A. ENGELMAYER
United States District Judge