UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALON PROFESSIONAL SERVICES, LLC,

                      Plaintiff,

        -v-

CENTERLIGHT HEALTH SYSTEM INC.,
SQUILLION SYSTEMS LLC, OKAYA INC.,
JOHN DOES 1–10, AND ABC CORPS. A–J

                     Defendants.

20 Civ. 78 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On June 12, 2020, defendant Centerlight Health System Inc. ("Centerlight") moved to dismiss plaintiff's Second Amended Complaint. Dkt. 47. Plaintiff's opposition to this motion was due 14 days later, on June 26, 2020. Plaintiff has not opposed the motion or moved for an extension of time to file its opposition. The Court will allow plaintiff until Wednesday, July 1, 2020 to oppose Centerlight's motion to dismiss. If plaintiff fails to do so, the Court will deem the motion unopposed.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: June 29, 2020
          New York, New York