UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALON PROFESSIONAL SERVICES, LLC,

                               Plaintiff,

-v-

CENTERLIGHT HEALTH SYSTEM INC.,
SQUILLION SYSTEMS LLC, OKAYA INC.,
JOHN DOES 1–10, AND ABC CORPS. A–J

                               Defendants.

20 Civ. 78 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The firm of Chugh, LLP and attorney Prema Roddam (together "Chugh") have moved to withdraw as counsel of record on behalf of defendant Okaya, Inc. ("Okaya"). Dkt. 72. However, "a layperson may not represent a separate legal entity such as a corporation." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). Defendant Okaya, as a corporation, cannot continue to defend this lawsuit unless it finds new counsel.

    The Court, therefore, will give Okaya three weeks, until June 30, 2021, to retain a new attorney and for that attorney to formally appear on its behalf. It will also hold in abeyance, until June 30, 2021, Chugh's motion to withdraw. The Court expects to grant that motion after June 30, 2021, and will do so earlier if successor counsel appears on defendant's behalf before then. If Okaya remains unrepresented after June 30, 2021, the Court will entertain a motion by plaintiffs for entry of a default judgment as to Okaya, on account of its failure to defend this lawsuit.

    Chugh is directed to serve a copy of this order on Okaya forthwith. Upon the completion of service, Chugh shall file a sworn declaration or affidavit on the docket of this case

attesting that service was made and specifying the dates and means of service.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: June 8, 2021
      New York, New York