UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALON PROFESSIONAL SERVICES, LLC,

                          Plaintiff,

-v-

CENTERLIGHT HEALTH SYSTEM INC., et al.,

                          Defendants.

20 Civ. 78 (PAE)

NOTICE OF
CONFERENCE

---

PAUL A. ENGELMAYER, District Judge:

      A conference is hereby scheduled for **June 25, 2021 at 12:00 p.m.** with the remaining parties in this case. Regardless of whether Okaya, Inc. has retained new counsel by the date of the conference, attorney Prema Roddam is directed to attend. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      Plaintiff's counsel is directed (1) serve a copy of this order upon all attorneys in this action, and (2) to file proof of such notice with the Court. If plaintiff's counsel is unaware of the identity of counsel for any of the parties, plaintiff's counsel must forthwith send a copy of this order to that party personally.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 9, 2021
New York, New York

2