UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALON PROFESSIONAL SERVICES, LLC,

Plaintiff,

-v-

CENTERLIGHT HEALTH SYSTEM, INC.,
SQUILLION SYSTEMS LLC,
OKAYA, INC., JOHN DOES 1–10, *and*
ABC CORPS. A–J.

Defendants.

20 Civ. 78 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

Due to the federal holiday, the case management conference currently scheduled for January 17, 2022, at 2 p.m. is rescheduled for **January 20, 2022, at 2 p.m.**  This conference will be held telephonically. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 14, 2022
New York, New York

1